## Eleanor Norton et al., Appellants, v. Alice W. Berry et al., Appellees.

Gen. No. 44,645.

John J. Dowdle, for appellants; Kotin & Gainer, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed January 24, 1950; released for publication March 9, 1950.


## Clyde Lannon, Appellee, v. George Alex and Peter Alex, Appellants.

Gen. No. 44,726.

William T. Pridmore, for appellants; Marion G. McClelland, of counsel; no appearance, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed January 24, 1950; released for publication March 9, 1950.